IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BARBARA HAWKINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>MENARD INC. d/b/a<br>MENARDS<br><br>        Defendant. | Case No.: 1:23-cv-01363-MMM-JEH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

The Plaintiff, BARBARA HAWKINS, by and through her attorneys, Polansky, & Cichon, Chtd., requests this Honorable Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to grant Plaintiff leave to file an Amended Complaint. A copy of the proposed Amended Complaint is attached hereto, as required by Local Civil Rule 7.1(F). Plaintiff seeks the Court's leave to file an Amended Complaint, which should be granted for the reasons set forth below:

**STATEMENT OF FACTS**:

**Cause of Action and Damages:**

Plaintiff filed the Complaint at Law on September 12, 2023, in the 11th Judicial Circuit of McLean County. The Complaint alleges negligence against Defendant Menard Inc., d/b/a Menards for injuries sustained by Plaintiff due to a pallet left in the middle of an aisleway of the Menards, causing injury to Plaintiff's left knee. Defendant Menards had the case removed to the Central District of Illinois based on diversity jurisdiction pursuant to 28 U.S.C. § 1332. The parties have

answered written discovery on this matter, with Defendant providing their answers to discovery, which included a video of the accident on April 4, 2024, and Plaintiff's deposition was recently taken on April 15, 2024.

On May 21, 2024, Defendant Menard, Inc., sent to Plaintiff's counsel their Motion for Sanctions, pursuant to Fed. R. Civ. P. 11 (c)(1), which they intend to file in this matter, arguing based on the video produced by Defendant and Plaintiff's subsequent deposition testimony did not align with her original pleadings. Accordingly, Plaintiff requests this Honorable Court grant leave for Plaintiff to Amend the Complaint.

**STATEMENT OF LAW & ARGUMENT:**

Federal Rule of Civil Procedure 15 (a) addresses amendments to the pleadings before trial. Specifically, Fed. R. Civ. P. 15(a)(2) states as follows: "A party may amend its pleadings only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." In the case at hand, Plaintiff's counsel has discussed with Defendant's counsel the present motion to amend the pleadings, with no objection being given, and Plaintiff's counsel proceeds requesting the Court's leave to amend her Complaint.

Whether or not to grant a motion to amend is governed by Federal Rule of Civil Procedure 15(a), and the choice is within the sound discretion of the trial court. *Howze v. Jones & Laughlin Steel Corp.,* 750 F.2d 1208, 1212 (3d Cir.1984). As Fed R. Civ P. 15(a) itself directs, leave to amend "shall be freely given when justice so requires." This direction is to be liberally construed. *United States v. Keystone Sanitation Co., Inc..* 903 F. Supp. 803, 814 (M.D. Pa. 1995). A key consideration is whether the non-movant will be prejudiced by the amendment. *Id* at 814. Here, the Defendant would not be prejudiced by amendment of the Complaint. The Complaint, as

amended and attached, continues to sound in negligence, and has only been amended to reflect the evidentiary information that has come out in discovery.

### CONCLUSION

**WHEREFORE**, The Plaintiff, BARBARA HAWKINS, requests this Honorable Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to grant Plaintiff leave to file an Amended Complaint.

        Respectfully submitted,

        /s/ Jacqueline M. Cichon
        Jacqueline M. Cichon – 6317832

POLANSKY & CICHON, CHTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 5701
Chicago, IL 60601
(312) 346-9241 – Telephone
(312) 704-4431 – Facsimile
jmcichon@polanskycichonlaw.com