E-FILED
Monday, 24 March, 2025  01:49:19 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **BARBARA HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 23-cv-1363** |
| | ) | |
| **MENDARD INC. d/b/a** | ) | |
| **MENARDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Menard Inc. d/b/a Menards and against Plaintiff Barbara Hawkins. Plaintiff shall recover nothing on her claim against Defendant.

**Dated: 03/24/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*MMM*