Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Barbara Hawkins** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-cv-1363 |
| | ) |
| **Menard, Inc. d/b/a Menards** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Menard, Inc. d/b/a Menards and against Plaintiff Barbara Hawkins. Plaintiff shall recover nothing on her claim against Defendant. Costs in the amount of $1,854.55 taxed against the Plaintiff.

**Dated: 4/16/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*MMM*